UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:10CR00090 SWW |
| | ) | |
| JAMES BRUCE MORRIS and | ) | |
| KAREN SUE MORRIS | ) | |

## GOVERNMENT'S MOTION TO SUBSTITUTE COUNSEL

The United States of America, by and through Jane W. Duke, United States Attorney for the Eastern District of Arkansas, and Laura G. Hoey, Assistant United States Attorney, for its motion, states:

The Assistant U.S. Attorney for record for the above-styled case is Michael D. Johnson. AUSA Johnson is retiring and AUSA Laura G. Hoey respectfully requests that she be substituted as counsel for the United States.

**WHEREFORE**, the United States prays that Laura G. Hoey be substituted for Michael D. Johnson as its counsel.

Respectfully submitted,

JANE W. DUKE
UNITED STATES ATTORNEY

*/s/ Laura G. Hoey*
By: Laura G. Hoey
Assistant U.S. Attorney
Bar Number 650643
Attorney for United States of America
United States Attorney's Office
P. O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
email: Laura.Hoey@usdoj.gov

CERTIFICATE OF SERVICE

     I certify that on this __9th__ day of __July__, 2010, a copy of the foregoing was electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Files (CM/ECF) system and/or mailed to those who appear below that are not users on the CM/ECF system:

          Mr. Bill W. Bristow
          Attorney at Law
          216 East Washington Avenue
          Jonesboro, AR 72401-3185
          Email: billbristow@suddenlinkmail.com

          Larry D. Kissee
          Attorney at Law
          Kissee Law Firm
          P. O. Box 323
          Ash Flat, AR 72513-0323
          Email: kisseelaw@centurytel.net


                                                        /s/ Laura G. Hoey
                                                         Laura G. Hoey
                                       Assistant United States Attorney