UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | NO. 4:10CR00090 SWW |
| | ) | |
| | ) | |
| JAMES BRUCE MORRIS and | ) | |
| KAREN SUE MORRIS | ) | |

## MOTION TO WITHDRAW

Comes Laura G. Hoey, former Assistant United States Attorney for the Eastern District of Arkansas, and for her Motion to Withdraw states:

1.      Laura G. Hoey is currently listed as the Assistant U.S. Attorney of record for the above-styled case; however, undersigned counsel has resigned from her position as an Assistant United States Attorney effective May 20, 2011.  Therefore, Laura G. Hoey respectfully requests that she be allowed to withdraw as counsel of record for the United States.

2.      Assistant United States Attorney John Ray White is currently listed as co-counsel of record for the United States; therefore, the withdrawal of Laura G. Hoey will not cause the United States to be without counsel in this matter.

WHEREFORE, Laura G. Hoey prays that she be allowed to withdraw as counsel of record for the United States for the reason cited above.

Respectfully submitted,

CHRISTOPHER R. THYER
United States Attorney


*/s/ Laura G. Hoey*
By:  Laura G. Hoey
Assistant U.S. Attorney
Bar Number 650643
Attorney for United States of America
United States Attorney's Office
P. O. Box 1229
Little Rock, AR 72203
Telephone:  (501) 340-2600
email: Laura.Hoey@usdoj.gov

-2-

<u>CERTIFICATE OF SERVICE</u>

I certify that on this __20th__ day of __May__, 2011, a copy of the foregoing was electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Files (CM/ECF) system and/or mailed to those who appear below that are not users on the CM/ECF system:

> Mr. Bill W. Bristow
> Attorney at Law
> 216 E. Washington Avenue
> Jonesboro, AR  72401
>
> Mr. Larry D. Kissee
> Attorney at Law
> Kissee Law Firm
> P. O. Box 323
> Ash Flat, AR  72513

> _/s/  Laura G. Hoey_
> Laura G. Hoey
> Assistant United States Attorney