✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

___EASTERN___ DISTRICT OF ___ARKANSAS___

UNITED STATES OF AMERICA

**AMENDED NOTICE**

V.

JAMES BRUCE MORRIS & KAREN SUE MORRIS

CASE NUMBER:   4:10CR00090-001, 002 SWW

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| RICHARD SHEPPARD ARNOLD U. S. COURTHOUSE  500 West Capitol Avenue  Little Rock, Arkansas | #530 |
| | DATE AND TIME |
| | **Friday, September 30, 2011 at 1:00 p.m.** |

TYPE OF PROCEEDING

SENTENCING HEARING BEFORE JUDGE SUSAN WEBBER WRIGHT.
(All parties should be present and ready to begin on time.)
*Pursuant to General Order No. 54, counsel for defendant is authorized to bring electronic device(s) into the courthouse for this proceeding.*

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | Karen Morris - 9/28/2011 | **Both defendants 9/30/2011 at 1:00 p.m.** |

JAMES W. McCORMACK, Clerk of Court
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

September 27, 2011                         /s/ Cecilia Norwood
DATE                                       (BY) DEPUTY CLERK

TO: