◈ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

____EASTERN____ DISTRICT OF ____ARKANSAS____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br>JAMES BRUCE MORRIS &<br>KAREN SUE MORRIS<br>(bond) | **NOTICE**<br><br>CASE NUMBER:   4:10CR00090-001,002  SWW |

TYPE OF CASE:
☐ **CIVIL**         X  **CRIMINAL**

X  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| RICHARD SHEPPARD ARNOLD U. S. COURTHOUSE | *#A530* |
| 500 West Capitol Avenue | DATE AND TIME |
| Little Rock, Arkansas | *Friday, January 27, 2012 at 9:30 a.m.* |

TYPE OF PROCEEDING

SENTENCING HEARING BEFORE U.S. DISTRICT JUDGE SUSAN WEBBER WRIGHT.
(All parties should be present and ready to begin on time.)
*Pursuant to General Order No. 54, counsel for defendant is authorized to bring electronic device(s) into the courthouse for this proceeding.*

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

JAMES W. McCORMACK, Clerk of Court
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| | |
|---|---|
| October 13, 2011 | /s/ Cecilia Norwood |
| DATE | (BY) DEPUTY CLERK |

TO:
    CSO