IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | *  No. 4:10-cr-00090-SWW |
| | *  (No. 4:14-cv-00115-SWW) |
| JAMES BRUCE MORRIS, | * |
| Defendant. | * |

ORDER

On January 30, 2014, defendant James Bruce Morris, through counsel, filed a motion [doc.#125] to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court subsequently granted a motion of the United States for an extension of up to and including April 1, 2014, in which to respond to Morris' motion.

Now before the Court is a pro se motion [doc.#129] (accompanied by an addendum [doc.#130]) of Morris to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. After a review of the pleadings, the Court is of the opinion that a response by the United States would facilitate the resolution of this motion.

Rather than the deadline of April 1, 2014, in which to respond to Morris's initial § 2255 motion, the Court directs the United States to respond to both of Morris's § 2255 motions [doc.#'s 125, 129-130] on or before twenty (20) days after the date of entry of this Order.

IT IS SO ORDERED this 21st day of March 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE